UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

WILLIAM JUNIOR MCNEELY,

Petitioner,

v. Case No. 2:23cv489

JOSEPH WALTERS, Director,
Virginia Department of Corrections,

Respondent.

**FINAL ORDER**

Before the Court is Petitioner's reopened habeas action seeking to enforce the Final Order (ECF No. 37) that was issued in this matter on March 25, 2025. ECF Nos. 40, 45. Respondent filed a response, ECF No. 47, and Petitioner filed a brief in support of a renewed habeas petition, ECF No. 49.

The matter was referred for disposition to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and the April 2, 2002 Standing Order on Assignment of Certain Matters to United States Magistrate Judges. In a Report and Recommendation ("R&R"), entered on August 19, 2026, the Magistrate Judge recommended that the Court enforce its previous Final Order, grant Mr. McNeely a conditional writ of habeas corpus, and remand this matter to the Trial Court for entry of a new sentencing order that reflects a three-year term of imprisonment for Mr. McNeely's conviction of use of a firearm in the commission of a felony in violation of Virginia Code § 18.2-53.1. ECF No. 56. The parties were advised of their right to file written objections to the

R&R. Both Petitioner and Respondent submitted notices that they would not be filing objections to the R&R.[1]

Having reviewed the R&R and having considered the record and finding no error, it is **ORDERED** that the R&R, ECF No. 56, is **ADOPTED** as the opinion of the Court. Mr. McNeely is **GRANTED** a conditional writ of habeas corpus, and this matter is remanded to the Trial Court for entry of a new sentencing order that reflects a three-year term of imprisonment for Mr. McNeely's conviction of use of a firearm in the commission of a felony, in violation of Virginia Code § 18.2-53.1. If Mr. McNeely is not resentenced to a three-year term of imprisonment for his conviction of use of a firearm in the commission of a felony in violation of Virginia Code § 18.2-53.1 within fourteen days of entry of this Order, Mr. McNeely **SHALL** be released. Respondent **SHALL** file a notice within seven days of Mr. McNeely's resentencing order that either (1) attaches Mr. McNeely's new resentencing order to confirm he was resentenced to three years imprisonment for the offense of use of a firearm in the commission of a felony in violation of Virginia Code § 18.2-53.1; or (2) states that Mr. McNeely was not resentenced as outlined above and that he was released in compliance with the conditional writ.

[1] After Respondent filed a notice that he would not be filing objections to the R&R, Petitioner filed a Motion to Expedite Review, indicating that the R&R is "uncontested." ECF No. 58 at 2. The Court interprets Petitioner's Motion as a notice that Petitioner will not file objections to the R&R. *See id.* Additionally, the deadline to file objections has passed. Accordingly, Petitioner's Motion to Expedite Review, ECF No. 58, is **DISMISSED** as **MOOT**.

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
Senior United States District Judge

September 3, 2026
Norfolk, Virginia